### III.  RELIEF

Plaintiffs are hereby awarded $2,150,018.47 in compensatory damages against the United States, plus pre- and post-judgment interest and Plaintiffs' reasonable costs and expenses including attorneys' fees in amounts to be later determined.

Dated this 11th day of June, 2001.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Attorney for Plaintiff
James Lyle

Attorney for Defendant
Jan Mitchell